WO

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Kieran M. Gallagher,<br><br>    Plaintiff,<br><br>v.<br><br>Janet A Napolitano, Secretary of the Department of Homeland Security,<br><br>    Defendant. | No. CV-12-02733-PHX-JAT<br><br>**ORDER** |

Pending before the Court is Defendant's Motion to Dismiss (Doc. 5). The Court now rules on the Motion.

On December 28, 2012, Plaintiff filed a Complaint in this Court. In his Complaint, Plaintiff alleges that he submitted a request to Defendant pursuant to the Freedom of Information Act ("FOIA") on July 25, 2012, requesting information regarding Plaintiff's past employment with the Federal Air Marshal Service. Plaintiff further alleges that, on September 7, 2012, Defendant informed Plaintiff that he needed to include an accompanying notarized perjury statement with his request. Plaintiff alleges that, on October 3, 2012, Defendant acknowledged that Defendant received the conforming request. Plaintiff finally alleges that, as of December 28, 2012, Defendant had not otherwise responded to Plaintiff's request. As relief, Plaintiff seeks that Defendant comply with Plaintiff's FOIA request.

On January 28, 2013, Defendant moved to dismiss Plaintiff's Complaint pursuant to Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6). Plaintiff did not respond to

the Motion to Dismiss.

Defendant argues that Defendant Napolitano must be dismissed from this case because a Plaintiff may not assert a claim against an individual federal official because the proper Defendant is the agency.  The Court agrees that Plaintiff has failed to state a claim against Secretary Napolitano pursuant to Federal Rule of Civil Procedure 12(b)(6) because, in a FOIA action, the proper Defendant is the agency.  *See Drake v. Obama*, 664 F.3d 774, 785-86 (9th Cir. 2011) (holding that District Court correctly dismissed Plaintiffs' FOIA causes of action for failure to state a claim because all of the Defendants were individuals and not agencies).

The Court will nonetheless allow Plaintiff leave to amend to possibly add a proper Defendant.  If Plaintiff chooses to amend, he shall include allegations in his complaint explaining how FOIA entitles him to relief in this case.

Based on the foregoing,

**IT IS ORDERED** that Defendant's Motion to Dismiss (Doc. 5) is granted.  The Clerk of the Court shall dismiss Defendant Napolitano from this case.

**IT IS FURTHER ORDERED** that Plaintiff shall file an amended complaint within 15 days of the date of this Order.  If Plaintiff does not file an amended complaint within 15 days of the date of this Order, the Clerk of the Court shall dismiss this case and enter judgment accordingly.

Dated this 18th day of March, 2013.

James A. Teilborg
Senior United States District Judge